# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 17, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143627(95)

DEBRA ILE, as Personal Representative of
the ESTATE OF DARRYL ILE, and DEBRA
ILE, individually and on behalf of themselves
and all others similarly situated,
              Plaintiffs-Appellees,

v

FOREMOST INSURANCE COMPANY,
            Defendant-Appellant.
_____

SC: 143627
COA: 295685
Wayne CC: 09-010741-CK

On order of the Chief Justice, the motion by Insurance Institute of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 17, 2012
_____

_____
Clerk